| | |
|---|---|
| 1 | MATTHEW J. JACOBS (CSBN 171149) |
|   | mjacobs@mwe.com |
| 2 | McDERMOTT WILL & EMERY LLP |
|   | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
|   | Telephone:   650.813.5000 |
| 4 | Facsimile:   650.813.5100 |
| 5 | Attorneys for Defendant |
|   | TERRY R. SOLOMON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06 00818 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING |
| v. | |
| REBECCA M. SOLOMON, a/k/a "Rebecca Ishihama," and TERRY R. SOLOMON, | |
| Defendants. | |

The defendant Terry R. Solomon, by and through his attorney Matthew J. Jacobs and the United States Government, by and through Assistant United States Attorney Jeffrey Nedrow, hereby stipulate and agree that the detention hearing currently scheduled for Friday, December 14, 2007 at 9:30 a.m. shall be continued to Wednesday, December 19, 2007 at ~~9:30~~ 11:00 a.m. before the Honorable Magistrate Judge Patricia V. Trumbull.

The defendant agrees that he is voluntarily waiving his rights to hold the detention hearing within five days from his initial appearance.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DETENTION HEARING

Case No. CR 06 00818 JF

| | | |
|---|---|---|
| 1 | Dated: December 13, 2007 | Respectfully submitted, |
| 2 | | McDERMOTT WILL & EMERY LLP |
| 3 | McDermott Will & Emery LLP certifies that it has authorization for the electronic signatures of the individuals identified in this document. | |
| 4 | | By: /s/ Matthew J. Jacobs |
| 5 | | Matthew J. Jacobs<br>Attorneys for Defendant<br>TERRY R. SOLOMON |
| 6 | | |
| 7 | Dated: December 13, 2007 | Respectfully submitted, |
| 8 | | UNITED STATES OF AMERICA |

By: /s/ Jeffrey Nedrow
Jeffrey Nedrow
Attorneys for Plaintiff
THE UNITED STATES OF AMERICA

For good cause appearing, IT IS HEREBY ORDERED that the hearing on detention for Terry R. Solomon should be continued to Wednesday, December 19, 2007 at ~~9:30 a.m.~~ 11:00 AM.

Dated: 12/13/07

_____
Magistrate Judge Patricia V. Trumbull
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DETENTION HEARING              - 2 -                    Case No. CR 06 00818 JF