```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  JEFFREY D. NEDROW (CSBN 161299)
    Assistant United States Attorney
 5
    150 Almaden Blvd., Suite 900
 6  San Jose, CA 95113
    Telephone: (408) 535-5045
 7  Facsimile:  (408) 535-5066
    Email: jeff.nedrow@usdoj.gov
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06–00818-JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE: REVISED FINAL ORDER OF RESTITUTION |
| v. | ) | |
| TERRY SOLOMON, | ) | |
| Defendant. | ) | |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $13,919,883.33 as to Terry Solomon in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed jointly and severally upon defendant Terry Solomon and co-defendant Rebecca Solomon. This revised stipulation is intended to supersede the previous stipulation, which contained a typographical error with respect to the final restitution amount.

March 4, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

March 4, 2009

_____/s/_____
MATTHEW J. JACOBS
Attorney for Terry Solomon

1

1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-00818-JF |
| | ) | |
| Plaintiff, | ) | REVISED FINAL ORDER RE: |
| | ) | RESTITUTION |
| v. | ) | |
| | ) | |
| TERRY SOLOMON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this place shall be $13,919,883.33 as to Terry Solomon in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed jointly and severally upon defendant Terry Solomon and co-defendant Rebecca Solomon.

DATE: __3/6/09__                         _____
                                          JEREMY FOGEL
                                          UNITED STATES DISTRICT JUDGE

2

JUDGMENT PREPARATION WORKSHEET
TERRY SOLOMON
CR 06-00818-02 JF

| Victim Last Name | Victim First Name | Victim's Restitution Amount Ordered |
|---|---|---:|
| Ahmadian | Miriam | 70,000.00 |
| Anderson | Miles and Patricia | 50,000.00 |
| Bale | Brandon | 40,000.00 |
| Banerjee | Subodh | 12,000.00 |
| Bitter | Patrick | 1,000,000.00 |
| Bocian | Nancy | 301,033.33 |
| Cook | Matthew | 277,500.00 |
| Cook | William | 100,000.00 |
| Cook | Ann | 100,000.00 |
| Crowley | Deborah | 50,000.00 |
| Delis | Dean and Margaret | 250,000.00 |
| Diluzio | Jennifer | 75,000.00 |
| Durkin | Kristin | 10,000.00 |
| Elsayed | Amir | 40,000.00 |
| Feldman | Scott | 15,000.00 |
| Fletcher | David Vincent | 35,000.00 |
| Gholami | Shahram | 137,000.00 |
| Hara | Michael | 2,000,000.00 |
| Hernlund | Ellen | 10,000.00 |
| Higby | Patrick | 50,000.00 |
| Husain | Iqbal | 510,000.00 |
| Johansen | Rikke | 55,000.00 |
| Kallman | Barbara | 50,000.00 |
| Kerpan-Kaylor | Kathleen | 100,000.00 |
| Kimber | Adam | 25,000.00 |
| Levan | Richard | 15,000.00 |
| Loe | Kameron | 45,000.00 |
| Lucas | Shawn | 155,000.00 |
| Luna | Brandon and Jamie | 25,000.00 |
| Masset | Dennis and Lorrie | 40,000.00 |
| Mazumder | Mohiuddin | 362,500.00 |
| Meyer | Drew | 25,000.00 |
| Miles | John | 125,000.00 |
| Minasian | Perry | 32,000.00 |
| Moshtaghi | Hamid | 525,000.00 |
| Myers | Marilyn | 100,000.00 |
| Naleway | Stephen | 200,000.00 |
| Ng | Flora | 854,100.00 |
| Nguyen | Kim | 100,000.00 |
| Okonski | Fabian | 100,000.00 |
| Osenton | William | 360,000.00 |
| Ouraie | Farzaneh | 137,500.00 |

JUDGMENT PREPARATION WORKSHEET
TERRY SOLOMON
CR 06-00818-02 JF

| Victim Last Name | Victim First Name | Victim's Restitution Amount Ordered |
|---|---|---:|
| Peters | Charles | 30,000.00 |
| Pound | Howard | 10,000.00 |
| Rahman | Mahbub | 1,363,750.00 |
| Ramirez | Erasmo | 50,000.00 |
| Regillo | Nicholas | 50,000.00 |
| Richardson | Kevin | 20,000.00 |
| Rosenthal | Clinton | 440,000.00 |
| Russ | Christopher | 15,000.00 |
| Sanatkhani | Mahmoud | 700,000.00 |
| Scholtz | Sharon | 12,500.00 |
| Senter | Diane | 25,000.00 |
| Sharma | Samir | 200,000.00 |
| Singh | Randeep | 10,000.00 |
| Sinisi | Vincent | 25,000.00 |
| Tandinco | Artoteles | 325,000.00 |
| Tandinco | Imelda | 455,000.00 |
| Taylor | Trevor | 460,000.00 |
| Traina | Valerie | 450,000.00 |
| Wilson | Christopher | 45,000.00 |
| Wilson | Neal | 450,000.00 |
| Wilson | Lisa | 160,000.00 |
| Winfree-Rupe | April | 20,000.00 |
| Zamanian | Bahman | 40,000.00 |
| Total | | $13,919,883.33 |